UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES - GENERAL

| Case No. | CV 17-1535 PSG MRW(x) | Date | October 23, 2018 |
|---|---|---|---|
| Title | Anthony Heras v. Capital One Bank USA, N.A. | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings (In Chambers):**     **The Court DISMISSES the case**

On August 7, 2017, the Court granted Defendant Capital One Bank USA, N.A.'s motion to dismiss Plaintiff Anthony Heras's Complaint. *See* Dkt. # 18. Plaintiff was ordered to file a First Amended Complaint ("FAC") consistent with the order no later than August 28, 2017 and was warned that failure to file a FAC may result in dismissal of the case with prejudice. *See id.*

Over a year has passed the deadline, but Plaintiff has not filed an FAC. Accordingly, the Court **DISMISSES** this case with prejudice.

**IT IS SO ORDERED.**